# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE ALRACHID LLC,<br>*Debtor* | CASE NO. 24-12309<br>JUDGE KOCH<br>CHAPTER 11<br>SUBCHAPTER V |
| ALRACHID LLC, DEBTOR-IN-POSSESSION<br>*Plaintiff*<br>*V.*<br>HEADWAY CAPITAL LLC<br>*Defendant* | ADVERSARY NO. 25-1091 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Alrachid LLC, the plaintiff herein ("Debtor"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 7041 voluntarily dismisses this adversary proceeding against all defendants with prejudice.

Respectfully submitted,
/s/ Frederic P. Schwieg

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law.
19885 Detroit Rd. #239
Rocky River OH 44116-1815
1 (440) 499-4506
fschwieg@schwieglaw.com
Counsel to Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Dismissal was electronically transmitted on or about the date filed via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list or was served by U.S. mail, postage prepaid, or certified mail on the persons below as indicated below.
Electronic Mail Notice List
The following is a list of the parties who are on the list to receive e-mail notice/service for this case:
James Peter McGowan on behalf of Creditor Headway Capital LLC
jmcgowan@zwickerpc.com

Frederic P. Schwieg on behalf of Debtor Alrachid, LLC
fschwieg@schwieglaw.com

/s/ Frederic P. Schwieg

Frederic P. Schwieg